IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1036-LTB

**JERRY D. CARTER**,

    Plaintiff,

v.

**PENROSE, ST. FRANCIS CATHOLIC HOSPITAL**,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 30, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of July, 2015.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/  A. García Gallegos
                                        Deputy Clerk